**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

SATA GmbH & Co. KG, a German Corporation,

*Plaintiff*,

*v.*

Zhejiang Porphis International Trade Co., Ltd., a Chinese company; and Taizhou Chaotian Pneumatic Co., Ltd., a Chinese company,

*Defendants*.

CASE NO. 2:24-cv-02067-EJY

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER**

**JURY TRIAL DEMANDED**

Plaintiff SATA GmbH & Co. KG ("SATA"), by and through its counsel, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), provides its notice of dismissal of all claims without prejudice as to all named Defendants. No other party has filed an Answer, Motion for Summary Judgment, or otherwise appeared in this action.

WHEREFORE, SATA asks this Court to dismiss this case without prejudice.

Dated: February 25, 2025

Respectfully submitted,

By: */s/ Steven A. Caloiaro*
STEVEN A. CALOIARO

DICKINSON WRIGHT
ATTORNEYS AT LAW

DICKINSON WRIGHT PLLC
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
DICKINSON WRIGHT PLLC
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

**ORDER**

**IT IS SO ORDERED.**

DATED February 26, 2025.

______________________________
UNITED STATES DISTRICT JUDGE

